NC District Court of Henderson County

| | | |
|---|---|---|
| **Michael Goetting** | | Case No.: **1:25-cv-00794** |
| | Plaintiff/Petitioner | |
| vs. | | |
| **Samuel Adrian Spratt** | | AFFIDAVIT OF SERVICE OF |
| | Defendant/Respondent | **SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT** |

Received by **Ana Esther Romero**, on the **5th day of November, 2025 at 10:56 AM** to be served upon **R&R SPE, LLC c/o Corporate Creations Network Inc., REGISTERED AGENT at 1521 Concord Pike Ste 201, Wilmington, New Castle County, DE 19803.**
On the **5th day of November, 2025 at 1:05 PM**, I, **Ana Esther Romero**, SERVED R&R SPE, LLC c/o Corporate Creations Network Inc., REGISTERED AGENT at 1521 Concord Pike Ste 201, Wilmington, New Castle County, DE 19803 in the manner indicated below:

**CORPORATE SERVICE**, by personally delivering **1** copy(ies) of the above listed documents to the named Corporation, by serving **Naja Hubert**, on behalf of said Corporation.
THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
**I delivered the documents to Naja Hubert who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired black female contact 25-35 years of age, 5'8"-5'10" tall and weighing 140-160 lbs with a tattoo.**

Service Fee Total: **$145.00**

Per N.C. Gen Stat. §7A-98, I declare under penalty of perjury under the laws of North Carolina that the foregoing is true and correct.

NAME: *AnA Esther Romero*                                   *11-6-2025*
      Ana Esther Romero                Server ID #            Date

Sworn to (or affirmed) and subscribed before me this the ___*06*___ day of *NOVEMBER* , 20*25*

(Official Seal)

_____
Official Signature of Notary

*NISHIT ASHOKKUMAR SHAH* , Notary Public
Notary's printed or typed name

My commission expires: ___*01/10/2028*___

NISHIT ASHOKKUMAR SHAH
State of Delaware
Notary Public
Commission No. 20231211000016
My Commission Expires 01/10/2028

REF: **Goetting v. Spratt**