NC District Court of Henderson County

| | | |
|---|---|---|
| **Michael Goetting** | | Case No.:     **1:25-cv-00794** |
| | Plaintiff/Petitioner | |
| vs. | | |
| **Samuel Adrian Spratt** | | AFFIDAVIT OF SERVICE OF |
| | Defendant/Respondent | **SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT** |

Received by **Jose Benavides**, on the 5th day of November, 2025 at 8:19 PM to be served upon **RCOFIII Spec-Fin Credit 1, LLC c/o Corporation Service Company, REGISTERED AGENT at 251 Little Falls Dr, Wilmington, New Castle County, DE 19808.**
On the 6th day of November, 2025 at 8:17 AM, I, Jose Benavides, SERVED RCOFIII Spec-Fin Credit 1, LLC c/o Corporation Service Company, REGISTERED AGENT at 251 Little Falls Dr, Wilmington, New Castle County, DE 19808 in the manner indicated below:

**CORPORATE SERVICE**, by personally delivering **1** copy(ies) of the above listed documents to the named Corporation, by serving **Litigation Management**, on behalf of said Corporation.
THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
I delivered the documents to Litigation Management who identified themselves as the corporate officer with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white female contact 55-65 years of age, 5'6"-5'8" tall and weighing 160-180 lbs.

Service Fee Total: **$145.00**

Per N.C. Gen Stat. §7A-98, I declare under penalty of perjury under the laws of North Carolina that the foregoing is true and correct.

NAME: _Jose Benavides_    PA- 32185900     11-6-2025
Jose Benavides         Server ID #         Date

Sworn to (or affirmed) and subscribed before me this the _6th_ day of _November_ , 20_25_.

(Official Seal)

_____
Official Signature of Notary

_William P Cook_ , Notary Public
Notary's printed or typed name

My commission expires: _12/17/2025_

Commonwealth of Pennsylvania - Notary Seal
William P. Cook, Notary Public
Delaware County
My commission expires December 17, 2025
Commission number 1280806
Member, Pennsylvania Association of Notaries

Page 1 of 1

REF: **Goetting v. Spratt**

Tracking #: **0194062033**

Scanned with
CamScanner

Case 1:25-cv-00794-DAB-JGM    Document 6    Filed 11/17/25    Page 1 of 1