IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Greensboro Division

KIMBERLY WEBB, *on behalf of herself and all individuals similarly situated*,

Plaintiff,

v.

YATTA OUTSOURCED PROCESSING SOLUTIONS, *et al.*,

Defendants.

Case No. 1:25-cv-00707-WO-JLW

## NOTICE OF SETTLEMENT AS TO ALL DEFENDANTS

Plaintiff, by counsel, with the consent of the Defendants, hereby file this notice of settlement to inform the Court that the Plaintiffs and Defendants have reached a resolution of this matter. The parties anticipate submitting a stipulation of dismissal within twenty-one (21) days of the filing of this notice.

Respectfully Submitted,
**KIMBERLY WEBB**

By: */s/ Andrew J. Guzzo*
Andrew J. Guzzo, VSB #82170
KELLY GUZZO, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA  22030
Telephone: (703) 424-7570
Facsimile: (703) 591-0167
Email: aguzzo@kellyguzzo.com
*Specially Appearing Pursuant to Local Rule 83.1

Rashad Blossom, NC Bar #45621
BLOSSOM LAW PLLC
126 N. McDowell St., 2nd Floor

Charlotte, NC 28204  
Telephone: (704) 256-7766  
Facsimile: (704) 485-5952  
Email: rblossom@blossomlaw.com  
\* *Local Rule 83.1(d) Counsel for Plaintiff*

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 17th, 2025, the foregoing was served upon all counsel of record via CM/ECF.

　　　　　　　　　　　　　　　*/s/ Andrew J. Guzzo*